No. 227, Misc. BOYCE *v.* CALIFORNIA. Application denied.